■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. COOPER, Appellant. (Appeal No. 2.) [7 NYS3d 919]— Appeal from a judgment of the Monroe County Court (John L. DeMarco, J.), rendered July 21, 2010. The judgment convicted defendant, upon a nonjury verdict, of grand larceny in the fourth degree (five counts), petit larceny (two counts) and criminal mischief in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Cooper* ([appeal No. 1] 128 AD3d 1431 [2015]). Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.